**SYNTEST TECHNOLOGIES, INC, Plaintiff–Appellant**

v.

**CISCO SYSTEMS, INC., Defendant–Appellee.**

No. 2014–1569.

United States Court of Appeals, Federal Circuit.

June 15, 2015.

John J. Shaeffer, Fox Rothschild, LLP, Los Angeles, CA, argued for plaintiff-appellant. Also represented by Jeffrey H. Grant; Gregory P. Casimer, Lathrop & Gage LLP, Chicago, IL.

John C. O'Quinn, Kirkland & Ellis LLP, Washington, DC, argued for defendant-appellee. Also represented by Jason M.

Wilcox; Douglas M. Kubehl, Samara Kline, Baker Botts LLP, Dallas, TX.

NEWMAN, LOURIE, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

## JUDGMENT